Name: Abraham, Tumanyan

Address: New Folsom State Prison

P.O. Box 29-0066

100 Road

Represa, California, 95671-0066

CDC or ID Number: P-16271

**FILED**
CLERK, U.S. DISTRICT COURT

**FEB 2 6 2020**

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

HC-001

*Fee Due*

THE UNITED STATES DISTRICT COURT

OF THE California Central District

OF Los Angeles California

*(Court)*

Abraham, Tumanyan
Petitioner

vs.

New Folsom State Prison
(Warden) JEFF McComber
Respondent

**PETITION FOR WRIT OF HABEAS CORPUS**

**CV20-1839-MWF (PJW)**

*(To be supplied by the Clerk of the Court)*

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

---

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the superior court, you only need to file the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original of the petition and one set of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and 10 copies of the petition and, if separately bound, an original and 2 copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

**LODGED**
CLERK, U.S. DISTRICT COURT

**FEB 2 5 2020**

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court (as amended effective January 1, 2018). Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6

Form Approved for Optional Use
Judicial Council of California
HC-001 [Rev. January 1, 2019]

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380
www.courts.ca.gov

HC-001

**This petition concerns:**

☐ A conviction        ☐ Parole

☐ A sentence        ☐ Credits

☐ Jail or prison conditions        ☐ Prison discipline

☐ Other *(specify):* _____

1. Your name: _____

2. Where are you incarcerated? _____

3. Why are you in custody? ☐ Criminal conviction ☐ Civil commitment

   *Answer items a through i to the best of your ability.*

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

   _____
   _____
   _____
   _____

   b. Penal or other code sections: _____

   c. Name and location of sentencing or committing court:

   _____
   _____
   _____

   d. Case number: _____

   e. Date convicted or committed: _____

   f. Date sentenced: _____

   g. Length of sentence: _____

   h. When do you expect to be released? _____

   i. Were you represented by counsel in the trial court? ☐ Yes ☐ No *If yes, state the attorney's name and address:*

   _____
   _____
   _____

4. What was the LAST plea you entered? *(Check one):*

   ☐ Not guilty ☐ Guilty ☐ Nolo contendere ☐ Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

   ☐ Jury ☐ Judge without a jury ☐ Submitted on transcript ☐ Awaiting trial

**PETITION FOR WRIT OF HABEAS CORPUS**

HC-001

6.  **GROUNDS FOR RELIEF**
**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "The trial court imposed an illegal enhancement." *(If you have additional grounds for relief, use a separate page for each ground. State ground 2 on page 4. For additional grounds, make copies of page 4 and number the additional grounds in order.)*

_____
_____
_____
_____
_____
_____
_____

a.  Supporting facts:
Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts on which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel, you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is, *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

b.  Supporting documents:
Attach declarations, relevant records, transcripts, or other documents supporting your claim. (See *People v. Duvall* (1995) 9 Cal. 4th 464, 474.)

_____
_____
_____
_____
_____
_____

c.  Supporting cases, rules, or other authority *(optional)*:
(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)

_____
_____
_____
_____
_____
_____
_____

HC-001

7. **Ground 2 or Ground _____** *(if applicable):*

_____

_____

_____

_____

_____

_____

a. Supporting facts:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

b. Supporting documents:

_____

_____

_____

_____

_____

_____

c. Supporting cases, rules, or other authority:

_____

_____

_____

_____

_____

_____

_____

HC-001

8. Did you appeal from the conviction, sentence, or commitment? ☐ Yes   ☐ No      If yes, give the following information:

  a.  Name of court ("Court of Appeal" or "Appellate Division of Superior Court"):

  _____

  b.  Result: _____  c.  Date of decision: _____

  d.  Case number or citation of opinion, if known: _____

  e.  Issues raised: (1) _____

               (2) _____

               (3) _____

  f.  Were you represented by counsel on appeal? ☐ Yes   ☐ No      If yes, state the attorney's name and address, if known:

  _____

9. Did you seek review in the California Supreme Court? ☐ Yes   ☐ No      If yes, give the following information:

  a.  Result: _____  b.  Date of decision: _____

  c.  Case number or citation of opinion, if known: _____

  d.  Issues raised: (1) _____

               (2) _____

               (3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal (see *In re Dixon* (1953) 41 Cal.2d 756, 759):

  _____

  _____

  _____

11. Administrative review:

  a.  If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Dexter* (1979) 25 Cal.3d 921, 925.) Explain what administrative review you sought or explain why you did not seek such review:

  _____

  _____

  _____

  _____

  _____

  _____

  _____

  _____

  _____

  b.  Did you seek the highest level of administrative review available? ☐ Yes   ☐ No
     *Attach documents that show you have exhausted your administrative remedies. (See People v. Duvall (1995) 9 Cal.4th 464, 474.)*

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court, including this court? (See *In re Clark* (1993) 5 Cal.4th 750, 767–769 and *In re Miller* (1941) 17 Cal.2d 734, 735.)
    ☐ Yes   If yes, continue with number 13.      ☐ No   If no, skip to number 15.

HC-001

13 a. (1)  Name of court: _____

  (2)  Nature of proceeding (for example, "habeas corpus petition"): _____

  (3)  Issues raised:  (a) _____

     (b) _____

  (4)  Result (attach order or explain why unavailable): _____

  (5)  Date of decision: _____

 b. (1)  Name of court: _____

  (2)  Nature of proceeding: _____

  (3)  Issues raised:  (a) _____

     (b) _____

  (4)  Result (attach order or explain why unavailable): _____

  (5)  Date of decision: _____

 c.  For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

_____

_____

_____

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Robbins* (1998) 18 Cal.4th 770, 780.)

_____

_____

_____

16. Are you presently represented by counsel?  ☐ Yes  ☐ No   If yes, state the attorney's name and address, if known:

_____

_____

17. Do you have any petition, appeal, or other matter pending in any court?  ☐ Yes  ☐ No   If yes, explain:

_____

_____

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:

_____

_____

_____

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: 2-22-020

► _____
(SIGNATURE OF PETITIONER)

ABRAHAM TUMANYAN
C.D.C. #: P-16271
CASE No.# B299502.

PA090256.

*The Untied State pingllm Order*

1: HUMAN RIGHTS DEFENSE CENTER V. NEW YORK INDEX NO. 90/378-19.
2: BOUNDS V. SMITH, 430 US 817, 25 L. Ed. 2d 72, 97 S. CT. (1977).
3: US V. STOTTS 925 F. 2d. 83 (4TH. Cir. 1991).
4: US V. NICHOLS 937 F. 2d. 1257 (7TH. Cir. 1991).
5: US V. BRIGGS 939 F. 2d. 222 (5TH. Cir. 1991).
6: US V. MILLS 925 F. 2d. 455 (D.C. Cir. 1991).
7: KER V. ILLINOIS 119 US 436, 30 L. Ed. 2d. 21, 7 S. CT. 225 (1886).
8: N.L.R.B. V. TRANSPORTATION MANAGEMENT CORP., 462 US 393 76 L. Ed. 2d.,
9: 667, 103 S. CT. 2469 (1983).
10: US V. SINGER 710 F. 2d. 431 (8TH. Cir. 1983).
11: PETTY V. IDECO. DIV. OF DRESSER INC. 761 F. 2d. 1146 (5TH. Cir. 1985).
12: FLOWERS V. US 764 F. 2d. 759 (11TH. Cir. 1985).
13: US V. BERGOUIGNAN 764 F. 2d. 1503 (11TH. Cir. 1985).
14: US V. ANDERSON 798 F. 2d. 919 (7TH. Cir. 1986).
15: JOHNSON V. AVERY 393 US 483, 21 L. Ed. 2d. 718, 89 S. CT. 747 (1969).
16: WETMORE V. FIELDS 458 F. Supp 1131 (D.C. PENN. 1978).
17: ANDERSON V. SMITH 697 F. 2d. 239 (8TH. Cir. 1983).
18: US V. WHITE 846 F. 2d. 678 (11TH. Cir. 1988).
19: US V. FOSTER 874 F. 2d. 491 (9TH. Cir. 1989).
20: COPPOLA V. POWELL 878 F. 2d. 1562 (1ST. Cir. 1989).
21: US V. PERKINS 926 F. 2d. 1271 (1ST. Cir. 1991).
22: US V. MONROE 943 F. 2d. 1007 (9TH. Cir. 1991).
23: US V. WATERMAN 732 F. 2d. 1527 (8TH. Cir. 1984).
24: US V. PENNELL 737 F. 2d. 521 (6TH. Cir. 1984).
25: NAPUE V. ILLINOIS 360 US 264, 2 L. Ed. 2d. 1217, 79 S. CT. 1173 (1959).
26: BENNETT V. SCROGGY 793 F. 2d. 772 (6TH. Cir. 1986).
27: US V. BROWN 794 F. 2d. 365 (8TH. Cir. 1986).
28: US V. REDA 765 F. 2d. 715 (8TH. Cir. 1985).
29: US V. M.M.R. CORP 907 F. 2d. 486 (5TH. Cir. 1990).
30: US V. NUSRATY 867 F. 2d. 759 (2ND. Cir. 1989).
31: US V. CARRAZANA 921 F. 2d. 1557 (11TH. Cir. 1991).
32: US V. BARGER 931 F. 2d. 359 (6TH. Cir. 1991).
33: SUPERIOR COURT V. DONALDSON (2000).
34: US V. BOOKER 530 US. 220 (20005). (CASE LAW) (10TH. Cir. 1991).

www.PrintablePaper.net

DATE: 1-11-020                    US V. BEGAY 937 F. 2d. 515

*The United States Co. Et Remittitur order...*

Mby/HAM, TUMANYAN

C.D.C. #P-16271.

CASE No. B 299502

PA090256.

PENAL code §. 48.11....

Pitchess v. superior court (1974). 11 c. 3d. 531, 536 (CCP §§ 1985.3 -.,
1985.4

PENAL code, § 1387.1 - §§ 13.31 - 25.45 - 25.47.

People v. willoughby (1985). 164 C.A.3d, 1054, 1067, 210 CR. 880.

People v. salcido (2008). 166 C.A.4th. 1303, 1313, 83 CR.3d. 561.

People v. Martin (1978). 87 CA. 3d. 573, 579, 151 CR. 141.

THE people v. Ogaz: 2019 cal. App. Lexis 953 case no. G055729.
Sept. 13. 2019

US v. Tyler, 943 F.2d. 420 (4th. cir. 1991).

US v. Sinigaglio, 925 F.2d. 339 (9th. cir. 1991).

US v. McCusker, 936 F.2d. 781 (5th. cir. 1991).

US v. Nichols, 937 F.2d. 1257 (7th. cir. 1991).

US v. Blakeney, 942 F.2d. 1001 (6th. cir. 1991).

James v. Kentucky, 466 US 341, 80 L. Ed. 2d. 346, 104 S. Ct. 1830 (1984).

Caldwell v. Miller, 790 F.2d. 589 (7th. cir. 1986).

Clark v. Tarrant County Texas, 798 F.2d. 736 (5th. cir. 1986).

Tarabishi v. McAlester Regional Hospital, 827 F.2d. 648 (10th. cir. 1987).

Manhalt v. Reed, 847 F.2d. 576 (9th. cir. 1988).

Williams v. Lane, 851 F.2d. 867 (7th. cir. 1988).

Bell v. Duckworth, 861 F.2d. 169 (7th. cir. 1988).

Native Village of Noatak v. Hoffman, 872 F.2d. 1384, 1390 (9th. cir. 1989).

Henderson v. Cohn, 919 F.2d. 1270 (7th. cir. 1990).

Mackenzie v. City of Rockledge, 920 F.2d. 1554 (11th. cir. 1991).

Barden v. Keohane, 921 F.2d. 476 (3rd. cir. 1990).

Jackson v. Ylst, 921 F.2d. 882 (9th. cir. 1990).

US v. Sotelo-Rivera, 906 F.2d. 1324 (9th. cir. 1990).

US v. Carter, 910 F.2d. 1524 (7th. cir. 1990).

US v. Bernal, 814 F.2d. 175 (5th. cir. 1987).

US v. Washington, 819 F.2d. 221 (9th. cir. 1987).

US v. Arpan, 861 F.2d. 1073 (8th. cir. 1988).

US v. Bowling, 900 F.2d. 926 (6th. cir. 1990).

US v. Jones, 766 F.2d. 412 (9th. cir. 1985).

US v. Dempewolf, 817 F.2d. 1318 (8th. cir. 1987).

Gaskins v. McKeller, 916 F.2d. 941 (4th. cir. 1990).

Plan's of the attorney General pet. writ. policy.
(1975).

DATE: 1-11-020

CR-120

| PEOPLE OF THE STATE OF CALIFORNIA | CASE NUMBER: B 299502 |
|---|---|
| Defendant: _Abraham Tumanyan_ | PA090256. |

## REQUEST FOR CERTIFICATE OF PROBABLE CAUSE

I request a certificate of probable cause. The reasonable constitutional, jurisdictional, or other grounds going to the legality of the guilty plea, no-contest plea, or probation violation admission proceeding are *(specify):* OF COURT & JUDICAL COURT procedures OF THE COURTS OF THE COUNTY OF SAN FERNANDO CALIFORNIA Superior court OF SAN FERNANDO ("CASE LAW)"

Solem v. Bartlett (9TH. cir. 1984),
28 U.S.C. 1331. et. seq.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2-23-2020

_AbraHAM, TUMANYAN_
(TYPE OR PRINT NAME)

▶ _Abraham, Tumanya_
(SIGNATURE OF DEFENDANT OR ATTORNEY)

## COURT ORDER

This Request for Certificate of Probable Cause is *(check one):* ☐ granted   ☐ denied.

Date: _____

_____
JUDGE

CR-120 [Rev. January 1, 2017]

**NOTICE OF APPEAL—FELONY (DEFENDANT)**
**(Criminal)**

Page 2 of 2

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

N/A/E...)*

TELEPHONE NO.:                          FAX NO. *(Optional)*

E-MAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name):*

SUPERIOR COURT OF CALIFORNIA, COUNTY OF *SAN FerNANDO VAlley*

STREET ADDRESS: 21041 Burbank Blvd.

MAILING ADDRESS: 21041 Burbank Blvd.

CITY AND ZIP CODE: Woodland Hills, CA. 91367 - 6603

BRANCH NAME: SAN FerNANDO VAlley

PLAINTIFF/PETITIONER: Abraham, Tumanyan

DEFENDANT/RESPONDENT: (WARDEN) New FolSOM STATE PRison
JEFF McComber

**DECLARATION**

CASE NUMBER: B 299502.
PA090256.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2-23-020

Abraham Tumanyan
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☑ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other *(Specify):*

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

Page 1 of 1

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 33. Inmate Declaration of Timely Filing

---

### THIS FORM IS ONLY FOR INMATES CONFINED IN AN INSTITUTION

**Instructions**
- The purpose of this declaration is to inform the court of the date you deposited your filing in the institution's legal mailing system.
- "Inmates" includes those confined in a **jail, prison, or immigration detention facility**.
- To receive the benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(A)(iii), you must use the institution's system designed for legal mail, and postage must be prepaid.
- You must **also** include a dated certificate of service with the name and address of each person you served with a copy of the document. This is available on Form 25.
- Be sure to sign and date this declaration.

---

**Name of U.S. District Court** *(if applicable)*   THE UNITED STATES NINTH CIRCUIT COURT

**U.S. District Court case number** *(if applicable)*   B299502, PA090256.

**Alien number ("A" number)** *(if applicable)*   P-16271.

**9th Cir. Case Number(s)** *(if assigned)*   B299502, PA090256.

**Case Name**   THE UNITED STATES NINTH CIRCUIT VS. Abraham Temayo

I am an inmate/detainee confined in an institution. On   2-23-020   *(date)*,

I deposited the   SAN FERNANDO VALLEY SUPERIOR COUNTY COURT
*(title of document you are filing, such as Notice of Appeal, Petition for Review, etc.)*

in the institution's legal mail system, with postage prepaid.

I declare under penalty of perjury that the foregoing is true and correct (*see* 28 U.S.C. § 1746; 18 U.S.C. § 1621).

**Signature**   Abraham Temayo        **Date**   2-23-020

---

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 33**                                                         *New 12/09/2019*

**NC-121**

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** | **STATE BAR NO:** |
| NAME: | |
| FIRM NAME: | |
| STREET ADDRESS: N/A/E....) | |
| CITY: | STATE:   ZIP CODE: |
| TELEPHONE NO.: | FAX NO.: |
| E-MAIL ADDRESS: | |
| ATTORNEY FOR (name): | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Fernando Valley
STREET ADDRESS: 21041 Burbank Blvd.
MAILING ADDRESS: 21041 Burbank Blvd
CITY AND ZIP CODE: Woodland Hills, CA, 91367-6603
BRANCH NAME: San Fernando Valley

PETITION OF (name of each petitioner): Abraham, Tumanyan

FOR CHANGE OF NAME

**PROOF OF SERVICE OF ORDER TO SHOW CAUSE**
BY [✓] PERSONAL DELIVERY   [ ] MAILING (OUTSIDE CALIFORNIA ONLY)

CASE NUMBER: B 299 562.
PA090 256.

1. At the time of mailing or personal delivery, I was at least 18 years of age and **not a party** to this proceeding.

2. My residence or business address is (specify): New Folsom State Prison P.O. Box 29-0066 100 Road. Represa, CA 95671-0066

3. I personally delivered or mailed a copy of the (title of document): Superior Court of California County of San Fernando Valley 21041 Burbank Blvd. Woodland Hills, CA 91367-6603

as follows (complete either a or b):

a. [✓] **Personal delivery.** I personally delivered a copy to the person served as follows:
   (1) Name of person served: San Fernando Valley Superior County Court
   (2) Address where delivered: New Folsom State Prison P.O. Box 29-0066 100 Road Represa, CA. 95671-0066
   (3) Date delivered:
   (4) Time delivered:

b. [✓] **Mail.** I am a resident of or employed in the county where the mailing occurred.
   (1) I enclosed a copy in an envelope and mailed the sealed envelope to the person served by first-class mail, postage prepaid, return receipt requested, to the address outside of California listed below.
   (2) The envelope was addressed and mailed as follows:
       (a) Name of person served: Superior Court of California County of San Fernando Valley
       (b) Address on envelope: New Folsom State Prison P.O. Box 29-0066 100 Road Respeysa, California 95671-0066
       (c) Date of mailing: 2-23-020
       (d) Place of mailing (city and state): New Folsom State Prison Represa, California 95671-0066 Sacramento California

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2-23-020

Abraham Tumanyan
(TYPE OR PRINT NAME OF DECLARANT)

▶ Abraham Tumanyan
(SIGNATURE OF DECLARANT)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
NC-121 [Rev. January 1, 2019]
**PROOF OF SERVICE OF ORDER TO SHOW CAUSE**
**(Change of Name)**
Code of Civil Procedure, § 1277

vell-being, however, the
011.8 allows a prisoner
nental health treatment.

**icy**

"if, as a result of mental
o understand the nature
of a defense in a rational
re determinations that a
onrad (1982) 132 CA3d

s and of the nature and

ace to such proceedings;

attributes of competence
t 2379 (discussing due
ompetence contained in
e Court, but not exactly

99, 113 S Ct 2680, the
awareness of procedural
rocedural rights such as
nd to raise one or more
US ___, 133 S Ct 696,
st counsel in identifying
na (1996) 517 US 348,
51, 961 (accused should
ticipating in his 'elemen-
importance of case law
lth and Disability Law,
andbook on Psychiatric
Competencies: Forensic
ation of Competence to
ications of the Accused's
chology, Pub Policy &

ental disorder." In most
t of the mental disorder
over, the U.S. Supreme

Court has not required incompetence to stand trial to be rooted in a "mental disorder or developmental disability," as Pen C §1367 does. For that reason, any medically or psychologically identified mental disorder or disability or state of mind might be accepted as the basis for a claim of incompetence. In addition, CALCRIM 3451 incorporates some but not all of the U.S. Supreme Court's "elements" of incompetence.

The fact that a defendant is recalcitrant or uncooperative does not necessarily mean that he or she is incompetent. *People v Lewis* (2008) 43 C4th 415, 523. The test of a Pen C §1368 proceeding is capacity to cooperate, not cooperation in fact. *People v Superior Court (Campbell)* (1975) 51 CA3d 459. See also *People v Welch* (1999) 20 C4th 701, 733; *People v Bradford* (1997) 15 C4th 1229, 1373; *People v Davis* (1995) 10 C4th 463, 527; *People v Rodrigues* (1994) 8 C4th 1060, 1112.

▶ **Note:** As a practical matter, experienced counsel often provide examining mental health experts the pertinent legal definitions and some of the seminal cases discussed above, to ensure that a 'relevant' examination is conducted.

### §48.11    2.    Initiating Pen C §1368 Proceedings

Competency proceedings are available for defendants accused of felonies, misdemeanors, or both. See Pen C §§1367.1, 1368, 1368.1. They may be undertaken at any time before judgment, including during probation violation hearings. *People v Humphrey* (1975) 45 CA3d 32. See *Stanley v Cullen* (9th Cir 2011) 633 F3d 852, 864 (in certain circumstances, postconviction competency retrial may be ordered; remand required to determine feasibility of retrial of competency). Incompetency is not, however, an issue in a proceeding to extend an insanity commitment under Pen C §1026.5. *People v Angeletakis* (1992) 5 CA4th 963.

Section 1368 proceedings must be initiated when (Pen C §1368(a)–(b))

• The trial judge expresses doubt about the defendant's competence to stand trial. In this situation, an incompetency trial must be held regardless of the defense or prosecution position on this issue; it cannot be waived by either or both parties when the trial court has expressed such a doubt. *People v Marks* (1988) 45 C3d 1335; *People v Hale* (1988) 44 C3d 531. In the face of valid evidence of incompetency, defense counsel's opposition to an incompetency hearing is irrelevant. *People v Avila* (2011) 191 CA4th 717, 722 n3.

▶ **Note:** A trial court's mere expression of concern, or preliminary inquiry into the defendant's competence, does not trigger a full competency proceeding in the absence of a reasonable doubt of the defendant's competence. *People v Danielson* (1992) 3 C4th 691, 723, overruled on other grounds in *Price v Superior Court* (2001) 25 C4th 1046, 1069 n5. See also *People v Garcia* (2008) 159 CA4th 163, 169.

• Counsel informs the court that he or she believes the defendant is or may be mentally incompetent. Pen C §1368(b). A declaration of doubt by counsel, alone, is not sufficient to trigger a statutory right to a competency hearing. *People v Garcia, supra.*

Due process requires the court to initiate Pen C §1368 proceedings on its own

# CALIFORNIA APPELLATE PROJECT

**Executive Director**
Richard B. Lennon

**Assistant Director**
Jay M. Kohorn

**Attorneys**
Emily Beaghan
Melissa Camacho-Cheung
Kathleen C. Caverly
Lisa Ferreira
Nancy Gaynor
Jennifer Hansen
Dee Hayashi
Suzan E. Hier
Jill Ishida
Ann Krausz
Cheryl Lutz

LOS ANGELES OFFICE
520 S. Grand Avenue, Fourth Floor
Los Angeles, California 90071

TELEPHONE: (213) 243-0300
FACSIMILE: (213) 243-0303

*a non-profit corporation established by the State Bar of California*

**Attorneys (cont'd)**
Gary M. Mandinach
Stephanie G. Miller
Maria Morrison
Larry Pizarro
William C. Spater
Merrill Toole
Ellen Wiley

**Attorney Fellow**
Emma Gunderson

**Office Administrator**
Amy C. Griffin

**Systems Administrator**
George A. Vergara

July 29, 2019

Abraham Tumanyan
Bkg. # 5207415
P.O. Box 86164
Terminal Annex
Los Angeles, CA 90086-0164

Re:   *People v. Abraham Tumanyan*
       Superior Court No. PA090256

Dear Mr. Tumanyan:

I just want to let you know that your attorney has filed a notice of appeal on your behalf. It will probably take about two months for the court to process your notice of appeal and prepare the transcripts of your trial. After that happens, the Court of Appeal will appoint an attorney for you, and that attorney will contact you. At that time you will be able to explain all of your concerns to your attorney.

Very truly yours,

Cheryl Lutz

# CALIFORNIA APPELLATE PROJECT

*Executive Director*
Richard B. Lennon

*Assistant Director*
Jay M. Kohorn

*Attorneys*
Emily Beaghan
Melissa Camacho-Cheung
Kathleen C. Caverly
Lisa Ferreira
Nancy Gaynor
Jennifer Hansen
Dee Hayashi
Suzan E. Hier
Jill Ishida

*Attorneys (cont'd)*
Ann Krausz
Cheryl Lutz
Gary M. Mandinach
Stephanie G. Miller
Maria Morrison
Larry Pizarro
William C. Spater
Merrill Toole
Ellen Wiley

*Office Administrator*
Amy C. Griffin

*Systems Administrator*
George A. Vergara

LOS ANGELES OFFICE
520 S. Grand Avenue, Fourth Floor
Los Angeles, California 90071

TELEPHONE: (213) 243-0300
FACSIMILE: (213) 243-0303

*a non-profit corporation established by the State Bar of California*

August 15, 2019

Abraham Tumanyan (5207415)
Los Angeles County Jail
P.O. Box 86164 Terminal Annex
Los Angeles, CA 90086-0164

> Re:   *People v. Abraham Tumanyan*
>         Court of Appeal No. B 299502

Dear Mr. Tumanyan:

The Court of Appeal has received your notice of appeal and assigned your case the number indicated above. Our office assists the court in finding attorneys to represent indigent defendants on appeal, and we are available to assist those attorneys during the appeal. Our office also handles some appeals.

We have not yet received the trial transcripts in your case. The time to prepare the transcripts varies, so I can't give you a date when the transcripts will be prepared. The court usually appoints an attorney within several weeks after the transcripts are prepared. Until an attorney is appointed to represent you, you may contact me if you have any questions. Since I have not reviewed the transcripts in your case, I cannot answer specific questions about your case. If your address changes, please let me know so that there are no delays in communication. Also, it would be helpful if you would give us the name of a friend or relative who will always know your whereabouts in case we are ever unable to locate you.

Sincerely,

J. ISHIDA
Staff Attorney

IN THE
## COURT OF APPEAL OF THE STATE OF CALIFORNIA
### SECOND APPELLATE DISTRICT
#### DIVISION: 2

The People v. Tumanyan
Abraham Tumanyan
B299502
LOS ANGELES No. PA090256

**COURT OF APPEAL – SECOND DIST.**

# FILED
**ELECTRONICALLY**

## Oct 15, 2019

DANIEL P. POTTER, Clerk
J. Hatter _____ Deputy Clerk

THE COURT:

   Pursuant to appellant's request for appointment of counsel, and under the authority of Penal Code Section 1240, subdivision (a) (1), the following attorney is appointed counsel for appellant on this appeal:

### Stephanie Gunther

   Appellant's opening brief shall be filed within thirty days from the date of this order.

   Appellant is directed to keep the court informed of his/her mailing address at all times. If you move, you MUST notify the clerk of this court immediately; otherwise you may not receive important notices concerning your appeal.

## LUI, P.J.
Presiding Justice

Attorney's Address:
Stephanie Gunther (233790)
P.O. Box 20910
Bakersfield, CA  93390

Attorney's Phone:
(661) 428-3720

Appellant's Address:
Abraham Tumanyan 5207415
Los Angeles County Jail
P.O. Box 86164 Terminal Annex
Los Angeles, CA  90086-0164

# CALIFORNIA APPELLATE PROJECT

**Executive Director**
Richard B. Lennon

**Assistant Director**
Jay M. Kohorn

**Attorneys**
Emily Beaghan
Melissa Camacho-Cheung
Kathleen C. Caverly
Lisa Ferreira
Nancy Gaynor
Jennifer Hansen
Dee Hayashi
Suzan E. Hier
Jill Ishida
Ann Krausz
Cheryl Lutz

**Attorneys (cont'd)**
Gary M. Mandinach
Stephanie G. Miller
Maria Morrison
Larry Pizarro
William C. Spater
Merrill Toole
Ellen Wiley

**Attorney Fellow**
Emma Gunderson

**Office Administrator**
Amy C. Griffin

**Systems Administrator**
George A. Vergara

LOS ANGELES OFFICE
520 S. Grand Avenue, Fourth Floor
Los Angeles, California 90071

TELEPHONE: (213) 243-0300
FACSIMILE: (213) 243-0303

*a non-profit corporation established by the State Bar of California*

November 14, 2019

Abraham Tumanyan
P16271
D-G#129L
North Kern State Prison
P.O. Box 5005
Delano, California 92316

Re: Court of Appeal Case Number B299502

Dear Mr. Tumanyan:

If you do not already know, the attorney that the Court of Appeal appointed for your appeal is: Stephanie Gunther. Her phone number is: (661) 428-3720. Her address is: P.O. Box 20910, Bakersfield, California, 93390.

Contact her with any and all questions you may have about your case.

Respectfully,

Gary M. Mandinach
California Appellate Project

HC-004

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|---|
| NAME: | | |

NAME:
FIRM NAME:
STREET ADDRESS:
CITY:                                    STATE:        ZIP CODE:
TELEPHONE NO.:                      FAX NO.:
E-MAIL ADDRESS:
ATTORNEY FOR *(name)*:

*N/A/E* ...

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN FerNANDO

In re: Abraham, Tumanyan

**DEFENDANT:** "WARDEN" NEW FOLSOM STATE Prison
Jeff McComber , on habeas corpus
Date of birth: California Dept. of Corrections No. *(if applicable)*: P-16271
01-27-1977

| **NOTICE AND REQUEST FOR RULING**<br>(Cal. Rules of Court, rule 4.551(a)(3)(B)) | CASE NUMBER: B299502<br>PA090256 |
|---|---|

I, Abraham, Tumanyan , filed a petition for writ of habeas corpus in the above entitled case in the Superior Court of California, County of *(name):* San Fernado Valley on *(date):* 2-23-020

As of this date, I have not received a ruling on the petition within 60 days of filing as required by rule 4.551(a)(3)(A) of the California Rules of Court. Therefore, I request that the court rule on the petition. (Cal. Rules of Court, rule 4.551(a)(3)(B).) A copy of the original petition for writ of habeas corpus is attached to this *Notice and Request for Ruling*.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2-23-020

AbraAM, Tumanyan
**(TYPE OR PRINT NAME)**

Abrah, Tumanyan
**(SIGNATURE)**

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
HC-004 [Rev. September 1, 2018]

**NOTICE AND REQUEST FOR RULING**
**(Habeas Corpus)**

Cal. Rules of Court, rule 4.551(a)(3)(B)

CR-120

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: | FOR COURT USE ONLY |
|---|---|---|

NAME:
FIRM NAME:
STREET ADDRESS:
CITY:          STATE:     ZIP CODE:
TELEPHONE NO.:     FAX NO.:
E-MAIL ADDRESS:
ATTORNEY FOR (name):

N/A/E

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN FERNANDO VALLEY

**PEOPLE OF THE STATE OF CALIFORNIA**

vs.

Defendant: Abraham Tumanyan

Date of birth: 01-27-1977.

Cal. Dept. of Corrections and Rehabilitation No. (if any): P-16271.

**NOTICE OF APPEAL—FELONY (DEFENDANT)**
(Pen. Code, §§ 1237, 1237.5, 1538.5(m); Cal. Rules of Court, rule 8.304)

CASE NUMBER: B299502.
PA090256.

## NOTICE

- You must file this form in the SUPERIOR COURT WITHIN 60 DAYS after the court rendered the judgment or made the order you are appealing.
- **IMPORTANT:** If your appeal challenges the validity of a guilty plea, a no-contest plea, or an admission of a probation violation, you must also complete the Request for Certificate of Probable Cause on page 2 of this form. (Pen. Code, § 1237.5.)

1. Defendant appeals from a judgment rendered or an order made by the superior court.

   NAME of defendant:

   DATE of the order or judgment:

2. **Complete either item a. or item b. Do not complete both.**

   a. *If this appeal is after entry of a plea of guilty or no contest or an admission of a probation violation, check all that apply:*

   (1) ☑ This appeal is based on the sentence or other matters occurring after the plea that do not affect the validity of the plea. (Cal. Rules of Court, rule 8.304(b).)

   (2) ☐ This appeal is based on the denial of a motion to suppress evidence under Penal Code section 1538.5.

   (3) ☐ This appeal challenges the validity of the plea or admission. *(You must complete the Request for Certificate of Probable Cause on page 2 of this form and submit it to the court for its signature.)*

   (4) ☐ Other basis for this appeal *(you must complete the Request for Certificate of Probable Cause on page 2 of this form and submit it to the court for its signature) (specify):*

   b. *For all other appeals, check one:*

   (1) ☑ This appeal is after a jury or court trial. (Pen. Code, § 1237(a).)

   (2) ☐ This appeal is after a contested violation of probation. (Pen. Code, § 1237(b).)

   (3) ☑ Other *(specify):*

3. ☐ Defendant requests that the court appoint an attorney for this appeal. Defendant ☑ was ☐ was not represented by an appointed attorney in the superior court.

4. Defendant's mailing address is: ☐ same as in attorney box above.
   ☐ as follows: NEW FOLSOM STATE PRISON P.O. BOX 29-0066 100 ROAD REPRESA, CALIFORNIA. 95671-0066 SACRAMENTO CALIFORNIA

Date: 2-23-020

_____Abraham Tumanyan_____
(TYPE OR PRINT NAME)

▶ _____Abraham Tumanyan_____
(SIGNATURE OF DEFENDANT OR ATTORNEY)

Page 1 of 2

**NOTICE OF APPEAL—FELONY (DEFENDANT)**
**(Criminal)**

Penal Code, §§ 1237, 1538.5(m);
Cal. Rules of Court, rule 8.304
www.courts.ca.gov



**CALIFORNIA STATE PRISON--Sacramento**
P.O. BOX 290066
Represa, CA 95671

NAME: _Abrah1am Turnbough_

CDCR#: _P-1621L___ Facility/Bed: _B - 5 -130_

**STATE PRISON**
**GENERATED MAIL**

RECEIVED
FEB 21 2020
CSP-SAC MAILROOM

RECEIVED
CLERK, U.S. DISTRICT COURT

2 5 2020

...CT OF CALIFORNIA
DEPUTY

Prison Generated Mail
CSP-SACRAMENTO

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
255 EAST TEMPLE STREET, ROOM 180
LOS ANGeles, CALIFORNIA, 90012

ZIP 95630
02.4W
0000384287FEB 21 2020

U.S. POSTAGE≫PITNEY BOWES

$ 000.95⁰

RECEIVED
CLERK, U.S. DISTRICT COURT

FEB 2 5 2020

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY


Chi. J. J. (57a) 7/20/20

**UNAUTHORIZED ITEMS WITHIN INMATE MAIL**
If mail contains these items, it will result in an issuance of a CDC Form 1819 Notification of Disapproval

* No padded envelopes, cardboard, bubble wrap.
* No musical greeting cards, video's, CD's or cassette tapes.
* No Cash, No pens, pencils, or markers.
* No identification cards, credit cards, bank cards, phone cards, etc.
* No polaroid photographs, negatives, slides, or photo albums. No photos depicting drugs and/or drug paraphernalia. No photo drawings, magazines, and/or pictorials displaying frontal nudity of either gender. Nothing which depicts, displays or describes sexual penetration or sexual acts.
* NO gang affiliated material i.e. hand gestures or signs.
* No items of clothing, food, hard plastic, metal, wood items, magnets, rubber, glue and/or glitter.
* No tattoo patterns or tracing patterns. No jewelry.
* No mail containing unknown substance, any powder, liquid, and/or solids.
* No unauthorized correspondence between inmates/parolees.
* No Lipstick, perfume, cologne, or scents on the contents of envelope.
* No items which may be deemed a threat to the safety and security of the institution, or any correspondence deemed circumvention of the mail policies and procedures.
* All incoming mail must have full return address.

**AUTHORIZED ITEMS WITHIN INMATE MAIL**

* .40 Postage Stamps /40 envelopes
* Letters/greeting cards
* Check/money order with Inmate's name and CDC#
* Writing paper (white/yellow lined only)
* Publications (books, magazines, newspapers) MUST come directly from vendor
* For funds to be mailed directly to inmates account, send through www.jpay.com or (800) 574-5729.