FILED
CLERK, U.S. DISTRICT COURT
MAR - 4 2020
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ABRAHAM TUMANYAN, | ) CASE NO. CV 20-1839-MWF (PJW) |
|---|---|
| Petitioner, | ) |
| v. | ) J U D G M E N T |
| NEW FOLSOM STATE PRISON WARDEN JEFF MCCOMBER, | ) |
| Respondent. | ) |

Pursuant to the Order Dismissing Petition Without Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: 3-4-20.

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\TUMANYAN, A 1839\Judgment.wpd